On Return to Remand
On March 26, 1999, we remanded this case to the trial court to allow it an opportunity to supplement the record with copies of the appellant's July 8, 1998, Rule 32, Ala.R.Crim.P., petitions for postconviction relief.
In compliance with that instruction, the trial court instructed the circuit clerk to supplement the record with the copies of the petitions. The circuit clerk, however, supplemented the record with only one of the appellant's petitions filed on July 8, 1998. Thus, we must again remand this cause to the circuit court to allow it an opportunity to supplement the record with the appellant's second petition filed on that same day.
Again, in light of the clerk's omission, we pretermit discussion of the issues raised by the appellant until due return is made to this Court. Due return shall be made within 35 days of the date of the release of this opinion.
REMANDED WITH INSTRUCTIONS.*
Long, P.J., and Cobb, Baschab, and Fry, JJ., concur.
* Note from the reporter of decisions: On March 24, 2000, on return to 2d remand, the Court of Criminal Appeals affirmed, without opinion. On April 21, 2000, that court denied rehearing, without opinion. On July 14, 2000, the Supreme Court denied certiorari review, without opinion (1991520). *Page 749